981 F.2d 1250
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
William BRIDGEMAN, Plaintiff-Appellant,
v.
Larry BATSON, Legal Advisor, Defendant-Appellee.
 No. 92-6842.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: November 30, 1992
Decided: December 17, 1992
 
 Appeal from the United States District Court for the District of South Carolina, at Columbia.
 William Bridgeman, Appellant Pro Se.
 Nancy Chastain Wicker, LEVENTIS & WICKER, for Appellee.
 D.S.C.
 DISMISSED.
 Before WILKINS and NIEMEYER, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 William Bridgeman appeals the magistrate judge's order* dismissing Defendant Batson and granting Appellant's motion to amend his Complaint. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED
 
 
 *
 The parties consented to the jurisdiction of the magistrate judge. See 28 U.S.C. § 636(c)